ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 28 2016
1:49
CLERK, U.S. DISTRICT COURT
By ______ Deputy

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **20/20 COMMUNICATIONS, INC.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**JAMES RICHMOND, ASHLEY WILLIAMS, JEFFREY HAWKINS, MOLLY HANGARTENER, JAMES BENDALL, JORGE BASTIDAS, SAMANTHA QUEZADA, KYLE RUIZ, JARED ROSS, MADERRAL DUNN, KORY CHAPMAN, CORISSA PETERS, MONICA DE LA CRUZ, JOSEPH VENTURA, JORGE CABALLERO, MICHAEL CABALLERO, JOHN HARGETT, BRIAN GERACI, TINA HOLLENBAUGH, BRIAN BLOOMFIELD, KRIS DOLL, ROBERT GERLING, VANESSA HERNANDEZ, JEFFREY LEONETTI, JESSE OWEN, JAMES REED, JR., JAMES FREEMAN, CHRISTOPHER MANDIA, TRACEY RODGERS, BERNICE STUBBS, MARTY SULLIVAN, DIANE SHOCK, PHILIP MILLS, MATTHEW SMITH, JORDAN HURLEY, JUSTIN GADEK, MICHAEL SANDERS, MIKEL CAMP, ROBERT DANELLA, SHAUNA ASHDOWN, KARI MILLER, DANIEL SPILLERS, JESSE MCINTYRE, and GREGORY VILLICANA,**<br><br>**Defendants.** | § | **CIVIL ACTION NO. 4:16-CV-488** |

**RETURN OF SERVICE**

Before me, the undersigned authority, personally appeared SHIRLEY GAINES, who, after having been duly sworn by me, upon his/her oath deposed and said as follows:

"I hereby certify that: At 06 o'clock 14 A. m. on OCTOBER 10, 2016, I received for service the original and copy of a summons issued in the above-captioned action directed to Matthew Smith and a copy of Plaintiff's Amended Complaint and Petition to

Compel Arbitration filed by 20/20 Communications, Inc. in such action, which was attached to the original of such summons. I executed such summons at 08 o'clock 42 A.m. on OCTOBER 15, 2016, by delivering the original thereof, with the copy of such Plaintiff's Amended Complaint and Petition to Compel Arbitration attached thereto, to Matthew Smith, defendant, personally, at 3 Tiffany Street, 1st Floor, Cranston, RI 02920, having first endorsed on the original of the summons the date of delivery. A copy of the summons I delivered is attached to this Return of Service."

"I further certify that I am over the age of eighteen, and that I am not a party to the above-captioned action."

SHARLEY CAIRES
PO BOX 744
COVENTRY, RI 02816
(Name and Address of Serving Officer)

Service Fee: $____________

Subscribed and sworn to before me, the undersigned authority, on this 15th day of October, 2016, by SHARLEY CAIRES.

Michael Caires
Notary Public in and for the

State of RI

My Commission Expires: 1/8/19

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

20/20 COMMUNICATIONS, INC.

*Plaintiff*

v.

JAMES RICHMOND, ET AL.

*Defendant*

Civil Action No. 4:16-CV-488

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Matthew Smith
3 Tiffany Street
1st Floor
Cranston, RI 02920

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Andrew T. Turner
Gavin S. Martinson
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
8117 Preston Road, Suite 500
Dallas, TX 75225

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: OCT - 7 2016

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS